```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 14742
    BEVERLY F BARKER
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-7805


---------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/15/07 .

    2.  The case was dismissed without confirmation, 11/09/2007.

    3.  The Debtor paid a total of $    892.50 .


---------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------------
INTEGRA BANK              SECURED VEHIC         .00             .00         229.20
HSBC                      UNSECURED       NOT FILED             .00            .00
AMERICAN GENERAL FINANCE  UNSECURED       NOT FILED             .00            .00
AT&T BANKRUPTCY           UNSECURED       NOT FILED             .00            .00
CAPITAL ONE BANK          UNSECURED       NOT FILED             .00            .00
CAPITAL ONE BANK          UNSECURED       NOT FILED             .00            .00
COMCAST                   UNSECURED       NOT FILED             .00            .00
COMED                     UNSECURED       NOT FILED             .00            .00
DIRECT TV                 UNSECURED       NOT FILED             .00            .00
FIRST PREMIER BANK        UNSECURED       NOT FILED             .00            .00
ILLINOIS LENDING CORP     UNSECURED       NOT FILED             .00            .00
MCI                       UNSECURED       NOT FILED             .00            .00
MIDWEST PHYSICIAN GROUP   UNSECURED       NOT FILED             .00            .00
NICOR GAS                 UNSECURED       NOT FILED             .00            .00
SPRINT NEXTEL             UNSECURED       NOT FILED             .00            .00
ST JAMES HOME HEALTH SRV  UNSECURED       NOT FILED             .00            .00
ST MARGARET MERCY HOSPIT  UNSECURED       NOT FILED             .00            .00
VILLAGE OF PARK FOREST    UNSECURED       NOT FILED             .00            .00
AMERITECH                 UNSECURED       NOT FILED             .00            .00
AMERICAN GENERAL FINANCE  MORTGAGE ARRE   NOT FILED             .00            .00
---------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------------
       Summary of disbursements:
---------------------------------------------------------------------------
                   SECURED      PRIORITY     UNSECURED        OTHER          TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00           .00          .00            .00
PRINCIPAL PAID        229.20          .00           .00          .00         229.20
INTEREST PAID            .00          .00           .00          .00            .00
TOTAL PAID            229.20          .00           .00          .00         229.20
The Debtor's attorney, FELD & KORRUB LLC                , was allowed $    3500.00
```

and was paid $    500.00   direct and $    .00   through the plan.

The Trustee received $    10.80 .

Refunds to the Debtor totaled $   652.50 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/08                         /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE